**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1746**

In re: JOHN DOE,

          Petitioner.

On Petition for Writ of Mandamus.  (7:01-cr-00027-M-1)

Submitted:  September 14, 2021          Decided:  September 17, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

John Doe, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion to seal. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court and the district court has taken significant action in this case by denying Doe's motion for relief under the First Step Act. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*